

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
**(702) 388-6336**

FILED.
DATED: 1:13 pm, September 13, 2024
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER LEE AVIST,<br><br>　　　　　Defendant. | Case No. 2:24-mj-00782-DJA<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR CHRISTOPHER LEE AVIST, Identification Number 04331866 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

**IT IS ORDERED** that that a Writ of *Habeas Corpus Ad Prosequendum* issue out of this Court, directing the production of the body of CHRISTOPHER LEE AVIST, before the United States District Court at Las Vegas, Nevada, on or about September 26, 2024 at 2:30 p.m. in Courtroom 3C, for initial appearance regarding a Criminal Complaint and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

**IT IS SO ORDERED** this September 13, 2024.

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
COURTNEY STRANGE
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
courtney.strange@usdoj.gov
*Attorneys for the United States of America*

FILED.

DATED: 1:13 pm, September 13, 2024

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LEE AVIST,<br><br>Defendant. | Case No. 2:24-mj-00782-DJA<br><br>UNITED STATES' PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR CHRISTOPHER LEE AVIST,<br>Identification Number 04331866 |

The United States of America respectfully requests that the Court issue a Writ of *Habeas Corpus Ad Prosequendum* directing the Warden, Clark County Detention Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce CHRISTOPHER LEE AVIST, before the United States District Court on or about September 26, 2024 at 2:30 p.m. in Courtroom 3C_____, for initial appearance regarding a Criminal Complaint.

CHRISTOPHER LEE AVIST is currently in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

On September 13, 2024, CHRISTOPHER LEE AVIST was charged by Criminal Complaint with Illegal Possession of a Machine Gun in violation of 18 U.S.C. §§ 922(o)

and 924(a)(2); Prohibited Person in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8); Possession of a Controlled Substance with Intent to Distribute (Marijuana) in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D), and; Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A).

Accordingly, the Government requests a Writ of *Habeas Corpus Ad Prosequendum* so that the United States Marshals Service can produce CHRISTOPHER LEE AVIST, before this Court for the purpose of initial appearance regarding a Criminal Complaint and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

Respectfully submitted this September 13, 2024.

*JASON M. FRIERSON*
*United States Attorney*

*/s/ Courtney Strange*
COURTNEY STRANGE
Assistant United States Attorney